**STEVEN P. COHN, ESQ.  SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff
MARION BRADSHAW

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MARION BRADSHAW,<br><br>    Plaintiff,<br><br>    vs.<br><br>BD BIOSCIENCES, INC.; JENNIFER SHAW; and DOES 1 THROUGH 50, inclusive;<br><br>    Defendants | Case No. CV 10-03391 PVT<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT JENNIFER SHAW** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff MARION BRADSHAW requests that Defendant JENNIFER SHAW (and only Defendant JENNIFER SHAW) be dismissed without prejudice from the above-entitled action.

Respectfully submitted,

Dated: August 23, 2010

ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____
STEVEN P. COHN, ESQ.
Attorneys for Plaintiff

**STEVEN P. COHN, ESQ.  SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff
MARION BRADSHAW

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MARION BRADSHAW,<br><br>     Plaintiff,<br><br>vs.<br><br>BD BIOSCIENCES, INC.; JENNIFER SHAW; and DOES 1 THROUGH 50, inclusive;<br><br>     Defendants | Case No. CV 10-03391 PVT<br><br>[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT JENNIFER SHAW |

Plaintiff MARION BRADSHAW having requested the dismissal of Defendant JENNIFER SHAW (and only Defendant JENNIFER SHAW) without prejudice from the above-entitled action, and good cause appearing thereto,

IT IS SO ORDERED.

Dated: August 24, 2010          By: _[signature]_
                                PATRICIA V. TRUMBULL
                                United States Magistrate Judge

# PROOF OF SERVICE

I, the undersigned, declare: I am now, and at all times herein mentioned have been, a citizen of the United States and a resident of the County of Santa Clara; I am over the age of eighteen years and not a party to the within action; my business address is 2084 Alameda Way, San Jose, California 95126. On August 23, 2010, I served a copy of REQUEST FOR DISMISSAL OF DEFENDANT JENNIFER SHAW AND [PROPOSED] ORDER on the parties below:

| X | **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) indicated below and (*specify one*): |
|---|---|
|  | __X__ deposited the sealed envelope with the United States Postal Service with postage fully prepaid. |
|  | ___ placed said copy in a sealed envelope addressed as shown below, with postage fully prepaid thereon, which was then placed for collection and mailing at my place of business following ordinary business practices for collecting and processing mailings. |
| — | **By personal service.** I delivered the documents by hand and left a true copy with the person(s) and at the address(es) shown below. |
| — | **By facsimile transmission.** I caused a true facsimile thereof to be electronically transmitted to the parties by using their facsimile number indicated below. |
| — | **By overnight delivery.** I consigned a true copy of the documents in a sealed envelope to an overnight courier for next business day delivery to the person(s) and address(es) shown below. |
| — | **By messenger service.** I provided the documents to messenger service for delivery to the person(s) at the address(es) listed below. |
|  | **By email.** I caused the documents to be transmitted via email to the person(s) at the email address(es) listed below. |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 23, 2010, at San Jose, California.

_____
WHITNEY LAW

PARTY(S) SERVED:

Eric C. Bellafronto, Esq.
Littler Mendelson, PC
50 W. San Fernando St., 15th Floor
San Jose, CA 95113-4150