1  ERIC C. BELLAFRONTO, Bar No. 162102
   SUZANNE R. NESTOR, Bar No. 217984
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:  408.998.4150

5  Attorneys for Defendant
   BD BIOSCIENCES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | MARION BRADSHAW,              | Case No.  CV 10-03391 (LHK)
12 |          Plaintiff,           | **AMENDED STIPULATION AND ORDER CONTINUING EARLY NEUTRAL EVALUATION DEADLINE**
13 |     v.                        |
14 | BD BIOSCIENCES, INC.,         |
15 |          Defendant.           |
16

17         Pursuant to Federal Rules of Evidence 15(a)(3) and 16(b)(4), Plaintiff Marion
18 Bradshaw and Defendant BD Biosciences, Inc. hereby stipulate and agree as follows:
19         WHEREAS, Plaintiff and Defendant have agreed that it is in the interest of both
20 parties to conserve both the Parties' and the Court's resources and attempt to resolve the matter
21 through early Early Neutral Evaluation/Mediation;
22         WHEREAS, pursuant to the Court's Order requiring the Parties to complete
23 ENE/Mediation by March 3, 2011, Counsel made all diligent efforts to schedule an ENE/Mediation
24 session with the assigned evaluator, Raymond Wheeler, for a date prior to the March 3, 2011
25 deadline.  Due to calendar conflicts among counsel, the parties, and the evaluator, however, the
26 Parties were unable to do so;
27         WHEREAS, the Parties have agreed to participate in an ENE/Mediation on March 16,
28 2011, the earliest date on which all party representatives, counsel, and the evaluator are available;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** and based on the foregoing circumstances, request that the Court establish the following modified deadlines:

- Parties to complete ENE/Mediation by March 16, 2011;
- All prior modifications, if any, to the Scheduling to remain in effect unless ordered otherwise.

Dated: February 4, 2011

/s/
ERIC C. BELLAFRONTO
LITTLER MENDELSON, APC
Attorneys for Defendant BD BIOSCIENCES, INC.

Dated: February 4, 2011

/s/
STEVEN P. COHN, ESQ.
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff MARION BRADSHAW

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: February 8, 2011

Lucy H. Koh
LUCY H. KOH
United States District Judge