UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARION BRADSHAW, ) | Case No.: 10-CV-03391-LHK |
| ) | |
| Plaintiff, ) | ORDER SETTING BRIEFING |
| v. ) | SCHEDULE RE: PLAINTIFF'S |
| ) | MOTION FOR LEAVE TO FILE |
| BD BIOSCIENCES, INC., ) | AMENDED COMPLAINT |
| ) | |
| Defendant. ) | (re: docket #16) |
| ) | |

On December 15, 2010, Plaintiff filed a motion for leave to file a first amended complaint, which is set for hearing on March 24, 2011. The Court finds an expedited briefing schedule appropriate. Accordingly, Defendant shall file an Opposition, or Statement of Non-opposition, by Friday, February 25, 2011. Any Reply is due by Friday, March 4, 2011.

**IT IS SO ORDERED.**

Dated: February 8, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge