1 **STEVEN P. COHN, ESQ.  SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2 2084 Alameda Way
San Jose, CA 95126
3 Telephone (408) 557-0300
Facsimile: (408) 557-0309
4
Attorneys for Plaintiff
5 MARION BRADSHAW

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MARION BRADSHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>BD BIOSCIENCES, INC., et al.;<br><br>    Defendants | **Case No. CV 10-03391 LHK**<br><br>**STIPULATION RE: LEAVE TO AMEND COMPLAINT; [PROPOSED] ORDER**<br><br><br>Trial Date: August 8, 2011 |

COME NOW THE PARTIES and hereby stipulate that Plaintiff be granted leave to file the First Amended Complaint for Damages that was attached to her Motion for Leave to Amend, and, by so stipulating, Defendant does not concede the validity of any of Plaintiff's causes of action, admit any of the facts set forth in the First Amended Complaint, or waive any available defenses to any claims in Plaintiff's First Amended Complaint.

The Parties further agree and stipulate that, in the event that the parties are unable to resolve the matter at mediation, which is scheduled for March 16, 2011, Plaintiff shall file her First Amended Complaint for Damages no later than March 18, 2011. In the event that the Parties are able to resolve the matter at mediation, Plaintiff shall file a Notice of Settlement with the Court no later than Monday, March 21, 2011.

1   The Parties further agree and stipulate that Defendants' responsive pleading to the First
2 Amended Complaint shall be due twenty (20) days following mediation or the filing of the First
3 Amended Complaint, whichever is later.
4   The Parties further agree and stipulate that good cause exists for this filing schedule in
5 that it will preserve the Court's resources and save the Parties' time and expense in order to
6 allow them to focus on the mediation session.

Dated: February 24, 2011        ADVOCACY CENTER FOR EMPLOYMENT LAW

                         By:      /S/
                              STEVEN P. COHN, ESQ.
                              Attorneys for Plaintiff MARION BRADSHAW

Dated: February 24, 2011        LITTLER MENDELSON

                         By:      /S/
                              SUZANNE NESTOR, ESQ.
                              Attorneys for Defendant BECTON DICKINSON


PURSUANT TO THE ABOVE STIPULATION AND GOOD CAUSE APPEARING
THEREFORE, IT IS SO ORDERED.   The March 24, 2011 motion hearing is vacated.
The March 24, 2011 Case Management Conference, however, remains as set.

Dated: February 25, 2011        By:  *Lucy H. Koh*
                              HON. Lucy H. Koh
                              United States District Judge