**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARION BRADSHAW, ) | Case No.: 10-CV-03391-LHK |
| ) | |
| Plaintiff, ) | ORDER REQUIRING PARTIES TO |
| v. ) | FILE JOINT STATUS REPORT |
| ) | REGARDING SETTLEMENT |
| BD BIOSCIENCES, INC., ) | |
| ) | (re: docket #28) |
| Defendant. ) | |
| ) | |

On March 21, 2011, a Certification of ADR Session was filed informing the Court that the case had fully settled. *See* Dkt. #28. Accordingly, by 5:00 p.m., Tuesday, March 22, 2011, the parties shall file either: (1) a stipulation of dismissal based on the settlement; or (2) a joint statement identifying a prompt deadline by which the parties will file a stipulation of dismissal based on their settlement.

**IT IS SO ORDERED.**

Dated: March 21, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge