ERIC C. BELLAFRONTO, Bar No. 162102
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
BD BIOSCIENCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARION BRADSHAW,<br><br>             Plaintiff,<br><br>      v.<br><br>BD BIOSCIENCES, INC.,<br><br>             Defendant. | Case No.  CV 10-03391 (LHK)<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>Judge:  Lucy H. Koh |

Pursuant to the terms of a settlement agreement reached between the parties, and under the provisions of Fed. R. Civ. P. 41(a)(2), the parties hereby request that this action and every claim therein be dismissed with prejudice, each side to bear their own costs and attorney fees.

Dated: March 22, 2011

/s/
ERIC C. BELLAFRONTO
LITTLER MENDELSON, APC
Attorneys for Defendant BD BIOSCIENCES, INC.

Dated: March 22, 2011

/s/
STEVEN P. COHN, ESQ.
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff MARION BRADSHAW

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: March  22, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Court Judge

Firmwide:100795658.1 045252.1145

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION RE DISMISSAL                                         CASE NO CV 10-03391 (LHK)